**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   ISIDRO JIMENEZ DE LA TORRE, et al.,        No. C 02-1942 CRB
12            Plaintiffs,                    **ORDER VACATING JUDGMENT**
13       v.
14   UNITED STATES OF AMERICA, et al.,
15            Defendants.
16   _____
     THIS DOCUMENT RELATES TO:
17   Case No. C 01-0892-CRB
     Case No. C 02-1943-CRB
18   Case No. C 02-1944-CRB
19   _____/
20
          Pursuant to this Court's Amended Memorandum and Order Re: Mexican Defendants
21
     Motion to Dismiss, filed in the related Cruz action, the judgment entered in this case on March
22
     30, 2005 is hereby VACATED.
23
     / / /
24
     / / /
25
     / / /
26
     / / /
27
     / / /
28

All parties are further ORDERED to appear for a telephonic case management conference on Friday, June 24, 2005 at 10:00 a.m. to set a schedule for future motions to dismiss.

**IT IS SO ORDERED.**

Dated: June 16, 2005

/s/
CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California