1  DAVID C. BROWNSTEIN (NO. 141929)
   LESLIE F. BROWN (NO. 209292)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, CA 94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268

5  JONATHAN BLACKMAN, Admitted *Pro Hac Vice*
   CLEARY GOTTLIEB STEEN & HAMILTON LLP
6  One Liberty Plaza
   New York, New York 10006
7  Telephone: (212) 225-2000
   Facsimile: (212) 225-3999
8
   Attorneys for Defendants THE REPUBLIC OF MEXICO
9  BANCO de MEXICO, S.A.; BANCO de CREDITO
   RURAL, S.A. as successor in interest to the BANCO
10 de CREDITO AGRICOLA, S.A.; and PATRONATO del
   AHORRO NACIONAL, S.A.; as successor in interest to
11 the BANCO del AHORRO NACIONAL, S.A.

RECEIVED
JUL 14 2005
[stamp] NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP - 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15 SENORINO RAMIREZ CRUZ; LEOCADIO de la ROSA; LIBORIO SANTIAGO PEREZ; 16 FELIPE NAVA; IGNACIO MACIAS; and RAFAEL NAVA, on behalf of themselves and 17 all others similarly situated, <br><br> 18       Plaintiffs, <br>  v. <br> 19 UNITED STATES OF AMERICA; ESTADOS 20 UNIDOS MEXICANOS; WELLS FARGO BANK; BANCO de MEXICO, BANCO 21 NACIONAL de CREDITO RURAL, S.N.C., as successor in interest to the BANCO de CREDITO 22 AGRICOLA, S.A.; and PATRONATO del AHORRO NACIONAL, as successor in interest 23 to the BANCO del AHORRO NACIONAL, S.A. <br> 24       Defendants. | Case No. C 01 0892 CRB <br><br> Consolidated with: <br>  Case No. C 02-1942 CRB <br>  Case No. C 02-1943 CRB <br>  Case No. C 02-1944 CRB <br><br> **ORDER AMENDING JUNE 16, 2005 ORDER** |

25

26   Now before the Court is the Mexican Defendants' motion to amend the Court's

27 Amended Memorandum and Order, Cruz v. United States, No. C 01- 0892 (CRB) (N.D. Cal.

28 June 16, 2005) (the "Order"), to certify it for appeal, pursuant to 28 U.S.C. § 1292(b). The

---

1  Order is hereby amended to add the following to page 36 before the section entitled
2  "Conclusion:"

3  **VII. Certification for Appeal pursuant to § 1292(b)**

4  Pursuant to 28 U.S.C. § 1292(b), a district court may certify for immediate appeal
5  certain "order[s that would] not otherwise [be] appealable" The Court finds that the issues
6  raised by sections I, III and VI, infra, all are "[(i)] controlling questions of law [(ii)] as to
7  which there is substantial ground for difference of opinion and [(iii)] that an immediate appeal
8  from the order may materially advance the ultimate termination of the litigation." 28 U.S.C. §
9  1292(b). See James v. Price Stern Sloan, Inc., 283 F.3d 1064, 1068 (9th Cir. 2002).

10  **IT IS SO ORDERED.**

11  Dated: ~~July~~ ___, 2005

       September 9 2005

12  The Hon. CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE